RON BAMIEH (SBN 124088)
rbamieh@bamiehdesmeth.com
DANIELLE DE SMETH (SBN 263309)
ddesmeth@bamiehdesmeth.com
BAMIEH & DE SMETH, PLC
692 E. THOMPSON BOULEVARD
VENTURA, CA 93001
T: (805) 643-5555; (805) 643-5558 Fax

Attorneys for Plaintiff, Tania P.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA P., an individual,<br><br>Plaintiff<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and DOES 1-10, Inclusive.<br><br>Defendants. | Case No.: 2:22-cv-02959-GW(MRWx)<br>*Assigned to the Hon. George H. Wu, Courtroom 9D*<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**FRCP 41(a)(1)(ii)**<br><br>Complaint filed: February 16, 2022<br>FAC filed: August 19, 2022<br>Trial Date: December 5, 2023 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**IT IS HEREBY STIPULATED** by and between all parties to this action, through their designated counsel, this case be dismissed with prejudice. Defendant, The Regents of the University of California ("Defendant") have completed all obligations pursuant to the Settlement Agreement. Therefore, full and complete satisfaction of the terms of settlement is hereby acknowledged.

Further, Plaintiff requests dismissal of all of Plaintiff's claims asserted in the operative Complaint with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own attorneys' fees and costs in the course of the litigation and settlement. This dismissal is pursuant to a written settlement agreement.

**IT IS SO STIPULATED.**

Dated: September 5, 2023   Respectfully submitted,

NYE, STIRLING, HALE, MILLER & SWEET, LLP

By: */s/ Alison M. Bernal*
Jonathan D. Miller, Esq.
Alison M. Bernal, Esq.

Attorneys for Defendant, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Dated: September 5, 2023   BAMIEH & DE SMETH, PLC

By: */s/ Danielle De Smeth*
Ron Bamieh, Esq.
Danielle De Smeth, Esq.

Attorneys for Plaintiff, TANIA P.

### Local Rule 5-4.3.4 Certification

I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ Danielle DeSmeth*
Danielle De Smeth